No. 905. TIBBETTS *v.* KNOWLES. C. C. P. A. Certiorari denied. *Charles S. Grover* and *James W. Dent* for petitioner. *Wilfred S. Stone* and *Leo A. Rosetta* for respondent.

No. 907. PHILIPP *v.* WASHINGTON ET AL. C. A. 9th Cir. Certiorari denied.

No. 911. LA PLACA *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied. *Francis J. DiMento* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 913. INTERNATIONAL ASSOCIATION OF MACHINISTS ET AL. *v.* JEFFREY GALION MANUFACTURING CO. C. A. 6th Cir. Certiorari denied. *Russell H. Volkema* for petitioners. *J. Walston Werum* for respondent.

No. 914. SPINK *v.* OHIO. Sup. Ct. Ohio. Certiorari denied. *Myra Spink* for petitioner.

No. 926. SALEMI *v.* DUFFY CONSTRUCTION CORP. Sup. Ct. Ohio. Certiorari denied. *John Maktos, P. D. Maktos* and *Moses Krislov* for petitioner. *Ashley M. Van Duzer* for respondent.

No. 892. ROCHA *v.* IMMIGRATION AND NATURALIZATION SERVICE. C. A. 1st Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Antonio de J. Cardozo* for petitioner. *Solicitor General Marshall* for respondent.